UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY COLEMAN GRAY, | No. C 05-2762 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Capt. ORTIZ; et al., | |
| Defendants. | |

On November 7, 2005, the court ordered plaintiff, Corey Coleman Gray, to show cause why this action should not be dismissed under 28 U.S.C. § 1915(g), which provides that a prisoner may not bring a civil action in forma pauperis under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). The court identified seven prior dismissals that appeared to count under § 1915(g) and ordered Gray to show cause why in forma pauperis should not be denied and the action dismissed. Gray has filed numerous documents since the order to show cause issued. None of Gray's filings has shown that any of the prior dismissals cannot properly be counted as dismissals under § 1915(g) and none of Gray's filings has shown that this action should not be dismissed.

Accordingly, Gray's in forma pauperis application is DENIED and this action is dismissed pursuant to 28 U.S.C. § 1915(g). This dismissal is without prejudice to Gray asserting his claims in an action for which he pays the full filing fee at the time he files his complaint. In light of the

dismissal of this action, all other pending motions are DENIED. The clerk shall close the file.

IT IS SO ORDERED.

Dated: January _17, 2006

                                             SUSAN ILLSTON
                                             United States District Judge